# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AT&T BROADBAND, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CV430 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIAN SEIDLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 137). The defendant Brian Seidler filed the suggestion based on his Chapter 7 bankruptcy filing on July 31, 2010. The filing was made in the District of Nebraska and is designated BK10-82242. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 5th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge