IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| BRIAN WILLIAM SEIDLER and ) | |
| ALISA JANE SEIDLER, ) | |
| ) | CASE NO. BK10-82242-TJM |
| Debtor(s). ) | A10-8046-TJM |
| AT&T BROADBAND, ) | |
| ) | 8:02CV430 |
| Plaintiff, ) | |
| ) | |
| vs. ) | CHAPTER 7 |
| ) | |
| ARROW TECHNOLOGIES, INC.; ) | |
| JACQUELINE MILLIARD; and ) | |
| BRIAN SEIDLER, ) | |
| ) | |
| Defendants. ) | |

## REPORT & RECOMMENDATION

This case was transferred from the district court because one of the defendants recently filed a bankruptcy petition. In 2004, a $34,564.48 judgment was entered against the defendants. The most recent activity in the case concerns collection efforts by the plaintiff.

Because judgment in this case is final and no further action by the bankruptcy court is necessary, the case may be returned to the district court. However, the automatic stay in effect as a result of the filing of the bankruptcy petition protects Brian Seidler from any and all collection efforts during the pendency of the bankruptcy case.

I therefore respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding for all further proceedings as to the non-debtor defendants, while staying any proceedings as to Mr. Seidler.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:   August 9, 2010

RESPECTFULLY SUBMITTED,

 /s/ Timothy J. Mahoney
United States Bankruptcy Judge

Notice given by the Court to:
Jeffrey R. Platt       Mark E. Novotny
George Sutera          U.S. Trustee