IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| BRIAN WILLIAM SEIDLER and | ) | BK10-82242-TJM |
| ALISA JANE SEIDLER, | ) | A10-8046-TJM |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| AT&T BROADBAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:02CV430 |
| v. | ) | |
| | ) | |
| ARROW TECHNOLOGIES, Inc., | ) | |
| JACQUELINE MILLIARD, individually, | ) | ORDER |
| and BRIAN SEIDLER, individually, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Judge Timothy J. Mahoney, Filing No. 140. There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2). The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Judge Timothy J. Mahoney, Filing No. 140, is adopted in its entirety.

2. The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn as set forth in the Report and Recommendation.

DATED this 3rd day of September, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge